UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EVA ALCOUTER SOTO, and
GABRIEL FLORES

        Plaintiffs,

   v.

UNITED STATES OF AMERICA, and
PHILLIP ROSS, M.D.,

        Defendants.

NO. CIV. S-07-00866 FCD DAD

MEMORANDUM AND ORDER

----oo0oo----

This matter comes before the court on defendant Phillip Ross, M.D.'s ("Ross") motion for voluntary dismissal of plaintiffs Eva Alcouter Soto ("Soto") and Gabriel Flores' ("Flores") (collectively, "plaintiffs") complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  In support of the motion, Ross filed a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a), signed by plaintiffs' and their counsel.  (Ex. C to Decl. of Corinne K. Reynolds in

Supp. of Voluntary Mot. to Dismiss, filed Aug. 27, 2007). Defendant United States of America filed a non-opposition to the motion and indicated that it was willing to stipulate to the dismissal. (Def.'s Stmt. of Non-Opp'n to Mot. for Voluntary Dismissal, filed Sept. 25, 2007, at 1). Therefore, in light of the agreement of all parties to this action, defendant Ross' motion for voluntary dismissal without prejudice pursuant to Rule 41(a) is GRANTED.

   IT IS SO ORDERED.

DATED: October 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE